IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAIME STEWART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:11-CV-353-WKW |
| | ) |
| CITY OF MONTGOMERY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is the ORDER, JUDGMENT and DECREE that judgment is ENTERED in favor of Defendants City of Montgomery, Q. A. Wilkins, and E. S. Pinkett on all federal law claims, and that Plaintiff's state law claims against Defendants are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

It is further ORDERED that all costs herein incurred are TAXED against Plaintiff, for which let execution issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 25th day of January, 2013.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE